James J. Moak (Bar No. 82393)
jmoak@mmhllp.com
Charles K. Chineduh (Bar No. 273258)
cchineduh@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Plaintiff
LIFE INSURANCE COMPANY OF THE
SOUTHWEST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF THE SOUTHWEST,<br><br>            Plaintiff,<br><br>     vs.<br><br>REMEDIOS ESTEVEZ ZAMBRANO; EMILIO PEREZ TREJO; BRENDA LORENA LOPEZ; AND ESTATE OF RICARDO PEREZ,<br><br>            Defendants. | Case No. 4:15-cv-03877-DMR<br><br>[~~PROPOSED~~] ORDER FOR DEPOSIT OF FUNDS TO BE HELD IN COURT'S REGISTRY ACCOUNT |

On August 25, 2015, Life Insurance Company of the Southwest ("LSW") filed this interpleader action.  Concurrently with the filing of the Complaint, LSW deposited the sum of $216,467.10 with the Court, representing the life insurance proceeds at issue in this action, plus interest.  Those monies are currently being held in a non-interest bearing fund.

IT IS HEREBY ORDERED that the Clerk of the Court shall accept the funds in the amount of $216,467.10 for deposit into the Court's Registry account.  The funds may be distributed upon Order of the Court.  The funds shall be placed into an account that accrues interest until distribution of the funds is complete.

1 | Dated:   September 1, 2015

_____
Hon. Donna M. Ryu
Magistrate Judge, United States District Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

145197.1

2

Case No. 4:15-cv-03877-DMR
[PROPOSED] ORDER FOR DEPOSIT OF FUNDS TO BE HELD IN COURT'S REGISTRY ACCOUNT